Dajuan Williams #124345
Arizona State Prison Complex-Eyman
P.O. Box 3400/SMU II
Florence, Azo 85132
Plaintiff, 'PRO Se'

☒ FILED    ☐ LODGED

**Jul 01 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
District of Arizona

Dajuan Williams,
        Plaintiff,

    Vs

County of Yuma #3, et als,
        Defendants.

No. CV-22-1120-PHX-MTL (CDB)

Plaintiff's Motion for Leave to Exceed Page Limit By 6 pages

Plaintiff brings this action before the courts stating 10 Counts and naming 58 defendants. Plaintiff's complaint is a total of 27 pages, which is 6 pages over the 21 page limit set for prisoner's complaints however, Plaintiff's actual claims comprises only 20 pages. Plaintiff asserts that the excess pages are necessary in the interest of Justice and is not taken in Bad Faith.

Plaintiff respectfully request to be granted leave to exceed the page limit by 6 pages and to be allowed to file a 27 page original complaint.

Respectfully Submitted June 30, 2022

By _____
Dajuan Williams #124345, Plaintiff, 'PROSe'

Handed to prison officials for E-file
on June 30, 2022.